

32 So.2d 169

### James ANDERSON v. STATE.
### 8 Div. 369.

Supreme Court of Alabama.
May 22, 1947.

Appeal from Circuit Court, Madison County; E. H. Parsons, Judge.

Murder first degree—life.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed.

29 So.2d 887

### G. Edward BOBZIN v. Adalyn W. CALLAHAN.
### 3 Div. 458.

Supreme Court of Alabama.
Dec. 17, 1946.

Appeal from Circuit Court, Montgomery County; Walter B. Jones, Judge.

PER CURIAM.
Appeal dismissed, motion of appellant.

29 So.2d 887

### Walter S. BOYKIN v. Mabel D. BOYKIN.
### 2 Div. 229.

Supreme Court of Alabama.
Jan. 14, 1947.

Appeal from Circuit Court, Marengo County; Emmett F. Hildreth, Judge.

John W. Drinkard, of Linden, for appellant.

Henry McDaniel, of Demopolis, for appellee.

PER CURIAM.
Appeal dismissed by agreement.

29 So.2d 887

### Inez King BUSH v. John W. BUSH.
### 6 Div. 467.

Supreme Court of Alabama.
Nov. 26, 1946.

Appeal from Circuit Court, Cullman County; A. A. Griffith, Judge.

PER CURIAM.
Appeal dismissed, want of prosecution.

32 So.2d 169

### Thomas E. BUSH v. Minnie F. LANGHORNE, Adm'rx.
### 2 Div. 228.

Supreme Court of Alabama.
May 14, 1947.

Appeal from Circuit Court, Perry County; W. E. Callen, Judge.

Frank Gordon, of Marion, for appellant.
A. W. Stewart, of Marion, for appellee.

PER CURIAM.
Appeal dismissed, motion of appellant.